IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-41183
Conference Calendar
_____

TROY HAMILTON,

                                        Plaintiff-Appellant,

versus

JAMES SLAUGHTER, PA,

                                        Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:00-CV-888
--------------------
February 19, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

     Troy Hamilton, Texas prisoner #450170, appeals from the dismissal of his 42 U.S.C. § 1983 complaint as frivolous and for failure to state a claim.  Hamilton contends on appeal that a physician's assistant (PA) was deliberately indifferent to his broken wrist because the PA relied on an x-ray technician's advice that the wrist was sprained instead of examining the x-ray himself.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Hamilton does not explain how a PA's reliance on an x-ray technician's reading of an x-ray poses a substantial risk of serious harm or that the PA disregarded such a risk. *See Farmer v. Brennan*, 511 U.S. 825, 847 (1994). The district court did not err by dismissing Hamilton's complaint.

AFFIRMED.